**No. 09-8933. Salvador Solorio-Muniz, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1910, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2543.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 298 Fed. Appx. 627.

**No. 09-8934. Theodorus Roussos, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1911, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2428.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 864.

**No. 09-8936. James Bassil, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1911, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2386.

March 22, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 980 A.2d 433.

**No. 09-8940. Gerald Noble, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1911, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2407.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 325 Fed. Appx. 249.

**No. 09-8941. James Niemi, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2526.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 579 F.3d 123.

**No. 09-8944. George Hopkins, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2458.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 577 F.3d 507.

**No. 09-8945. Apolinar Garcia-Munoz, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2436.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 288.

**No. 09-8946. Murray Hooper, Petitioner v. Illinois.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 385, 2010 U.S. LEXIS 2483.

March 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 389 Ill. App. 3d 1145, 364 Ill. Dec. 646, 976 N.E.2d 1209.